UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Darren Gilbert,**

    Plaintiff,

v.

**Beach Hut Deli Auburn; Kathryn Gail Kreeger** dba Beach Hut Deli; **Mathew William Kreeger,** dba Beach Hut Deli; **Black Forest Property Investors, LLC,**

    Defendants.

Case No.: **2:21-cv-02105-KJM-AC**

**ORDER SETTING ASIDE DEFAULT OF BLACK FOREST PROPERTY INVESTORS LLC**

Upon review of the parties' stipulation to set aside the default of defendant, Black Forest Property Investors, LLC, and good cause appearing,

IT IS ORDERED that the default of Black Forest Property Investors, LLC, entered by the Clerk in this matter on January 5, 2022 (ECF No. 9) is hereby set aside. Defendant Black Forest Property Investors, LLC shall file a response to the Complaint within ten (10) days after entry of this Order.

Dated:  February 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER SETTING ASIDE DEFAULT OF BLACK FOREST PROPERTY INVESTORS -- 2:21-cv-02105-KJM-AC